| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dubinsky, Meir,  Shlomo** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dubinsky, Miriam,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Meir Dubinsky, Meir S. Dubinsky** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Miriam Reznik, Mariana Reznik** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **4385** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **0512** |
| Street Address of Debtor (No. & Street, City, and State):<br>**6536 N. California, #C**<br>**Chicago, IL**<br>ZIP CODE **60645** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**6536 N. California Ave., #C**<br>**Chicago, IL**<br>ZIP CODE **60645** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br> | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Meir Shlomo Dubinsky, Miriam Dubinsky** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable** _____<br>   Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☑    No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meir Shlomo Dubinsky, Miriam Dubinsky** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **s/ Meir Shlomo Dubinsky**

Signature of Debtor    **Meir Shlomo Dubinsky**

X **s/ Miriam Dubinsky**

Signature of Joint Debtor    **Miriam Dubinsky**

Telephone Number (If not represented by attorney)

**7/20/2008**
Date

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/Robert N. Weiner**

Signature of Attorney for Debtor(s)

**Robert N. Weiner  Bar No. 6182274**

Printed Name of Attorney for Debtor(s) / Bar No.

**Robert N. Weiner, P.C.**

Firm Name

**790 Frontage Road Suite 701**

Address

**Northfield, IL 60093**

**847-441-8118**          **847-441-4024**

Telephone Number

**7/20/2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                          Bankruptcy Case Number: _____

**Meir Shlomo Dubinsky**
**Miriam Dubinsky**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Dated:  **7/20/2008**_____          **s/ Meir Shlomo Dubinsky**_____
                                          **Meir Shlomo Dubinsky**
                                                              Debtor


                                          **s/ Miriam Dubinsky**_____
                                          **Miriam Dubinsky**
                                                              Joint Debtor

**B6A (Official Form 6A) (12/07)**

In re: **Meir Shlomo Dubinsky   Miriam Dubinsky** _____,                Case No. _____

                                    **Debtors**                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|:---:|---|---|
| 4582 Concord Lane<br>Northbrook, IL 60062 | Fee Owner | W | $ 320,000.00 | $ 314,673.33 |
| 5618 Ada Street<br>Chicago, IL 60636 | Co-Owner | H | $ 70,000.00 | $ 70,000.00 |
| 6536 N. California, #C<br>Chicago, IL 60645 | Fee Owner | W | $ 400,000.00 | $ 378,000.00 |
| | | Total ➢ | $ 790,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky** _____ ,    Case No. _____
_____ Debtors _____                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash in Debtors' Possession** | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** | J | 300.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account** | J | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **0.00** | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Furnishings** | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous Books and Pictures** | J | 100.00 |
| 6. Wearing apparel. | | **Miscellaneous Clothing in Debtors' Possession** | J | 250.00 |
| 7. Furs and jewelry. | | | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | 0.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Phoenix Life Insurance Term Policy in Possession of Debtor** | | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | | | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100% Interest in Shares of Stock in Nu-Way Signs Inc.** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100% Ownership Interest in 2320 Foster LLC** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **50% Interest in Clear Image Media Group, Inc.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | | | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Meir Shlomo Dubinsky   Miriam Dubinsky**_____,       Case No. _____
                                        **Debtors**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | 0.00 |
| 16. Accounts receivable. | | | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | | | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | | | 0.00 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | | | 0.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Toyota Sienna Automobile** | W | 7,000.00 |
| 26. Boats, motors, and accessories. | | | | 0.00 |
| 27. Aircraft and accessories. | | | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | **Computer** | J | 150.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | | | 0.00 |
| 30. Inventory. | | | | 0.00 |
| 31. Animals. | | | | 0.00 |
| 32. Crops - growing or harvested.  Give particulars. | | | | 0.00 |
| 33. Farming equipment and implements. | | | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | | | | 0.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky**                              ,          Case No. _____
_____
**Debtors**                                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | | | **0.00** |

2   continuation sheets attached                    Total    ‣     **$   8,810.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky** _____,   Case No. _____
                                  Debtors                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2002 Toyota Sienna Automobile** | **735 ILCS 5/12-1001(c)** | **0.00** | **7,000.00** |
| **6536 N. California, #C Chicago, IL 60645** | **735 ILCS 5/12-901** | **15,000.00** | **400,000.00** |
| **Cash in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Computer** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Miscellaneous Books and Pictures** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Miscellaneous Clothing in Debtors' Possession** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Savings Account** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |

B6D (Official Form 6D) (12/07)

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky**                    .          Case No. _____
                                                                                                    **(If known)**
                          **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3542248 <br> **Bank United <br> P.O. Box 538613 <br> Atlanta, GA 30353** | | W | **03/01/2005 <br> Mortgage <br> 6536 N. California, #C <br> Chicago, IL 60645** <br> _____ <br> **VALUE $400,000.00** | | | | 378,000.00 | 0.00 |
| ACCOUNT NO.  5940312 <br> **Capital One <br> Capital One Auto Finance <br> P.O. Box 93016 <br> Long Beach, CA 90809-3016** | | W | **01/07/2007 <br> Mortgage <br> 2002 Toyota Sienna Automobile** <br> _____ <br> **VALUE $7,000.00** | | | | 13,000.00 | 6,000.00 |
| ACCOUNT NO. <br> **Harris N.A. <br> c/o James P. Sullivan, Esq. <br> Chapman and Cutler LLP <br> 111 W. Monroe Street <br> Chicago, IL 60603** | | H | **02/24/2005 <br> Mortgage <br> 2320 Foster Ave. <br> Wheeling, IL 60090** <br> _____ <br> **VALUE $800,000.00** | | | | 1,500,000.00 | 0.00 |
| ACCOUNT NO.  07 CH 13657 <br> **Small Business Administration <br> c/o Patrick Fitzgerald <br> Joel R. Nathan, Asst. States Attorney <br> 219 S. Dearborn St., 5th Floor <br> Chicago, IL 60604** | X | H | **Mortgage <br> Loan** <br> _____ <br> **VALUE $800,000.00** | | | | 711,000.00 | 0.00 |

1   continuation sheets
     attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  2,602,000.00 | $        6,000.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky**                    .          Case No.  _____

                                    **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0671837912 <br><br>**Washington Mutual** <br>**P.O. Box 78065** <br>**Phoenix, AZ 85062-8065** |  | W | **08/01/2005** <br>**Mortgage** <br>**4582 Concord Lane** <br>**Northbrook, IL 60062** <br>_____ <br>**VALUE $320,000.00** |  |  |  | **80,000.00** | **10,000.00** |
| ACCOUNT NO.  0689141026 <br><br>**Washington Mutual** <br>**11200 W. Parkland Ave.** <br>**P.O. Box 3139** <br>**Milwaukee, WI 53201** |  | W | **03/01/2005** <br>**Mortgage** <br>**4582 Concord Lane** <br>**Northbrook, IL 60062** <br>_____ <br>**VALUE $320,000.00** |  |  |  | **234,673.33** | **0.00** |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| $   **314,673.33** | $   **10,000.00** |
|---|---|
| $   **2,916,673.33** | $   **16,000.00** |

Total  ➤
(Use only on last page)

(Report also on Summary of   (If applicable, report
Schedules)                            also on Statistical
                                           Summary of Certain
                                           Liabilities and
                                           Related Data.)

B6E (Official Form 6E) (12/07)

In re   __Meir Shlomo Dubinsky    Miriam Dubinsky_____     Case No. _____
                                          Debtors                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__3__  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Meir Shlomo Dubinsky    Miriam Dubinsky**                              , Case No. _____
                                                                                                              (If known)

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nu-Way Signs Inc. Employees**<br>**2320 Foster**<br>**Wheeling, IL 60090** | | H | **07/01/2008**<br>**Unpaid Wages and Salaries** | | | | **10,000.00** | **10,000.00** | **0.00** |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)                $ **10,000.00** | $ **10,000.00** | $ **0.00**

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                $

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )                $                $

B6E (Official Form 6E) (12/07) – Cont.

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky**                                    Case No. _____
                                        Debtors                                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **07DT006839**<br>**City of Chicago**<br>**c/o Heller and Frisone, Ltd.**<br>**33 N. LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL 60602** | | H | **Permit Fees** | X | | | 1,000.00 | 1,000.00 | 0.00 |
| ACCOUNT NO. **07DT006840**<br>**City of Chicago**<br>**c/o Heller and Frisone Ltd.**<br>**33 N. LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL 60602** | | H | **Permit Fees** | X | | | 1,000.00 | 1,000.00 | 0.00 |
| ACCOUNT NO.<br>**City of Chicago**<br>**Department of Revenue**<br>**121 N. LaSalle Street**<br>**Room 107A**<br>**Chicago, IL 60602** | | H | 06/01/2006<br>**Permit Fees** | X | | | 2,315.00 | 2,315.00 | 0.00 |
| ACCOUNT NO. **36-4385241**<br>**Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62794** | | H | 07/01/2008<br>**Payroll Taxes** | | | | 10,585.25 | 10,585.25 | 0.00 |
| ACCOUNT NO. **VN081162215 and VN082**<br>**Illinois Tollway**<br>**P.O. Box 5201**<br>**Lisle, IL 60532** | | H | 06/18/2008<br>**Tolls** | X | | | 761.30 | 761.30 | 0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                   $ **15,661.55**  $ **15,661.55**  $ **0.00**

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                        $

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )                        $                    $

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Meir Shlomo Dubinsky   Miriam Dubinsky**                    Case No. _____
                              Debtors                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **36-4385241**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | | H | **07/01/2008**<br>**Payroll Taxes** | | | | **89,055.41** | **89,055.41** | **0.00** |

Sheet no.  3 of  3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals►<br>(Totals of this page) | $  **89,055.41** | $  **89,055.41** | $  **0.00** |
| Total  ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **114,716.96** | | |
| Total  ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **114,716.96** | $  **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky**                              Case No. _____
                          Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**2nd to None Cuts**<br>**539 E. 79th Street**<br>**Chicago, IL  60619** | | J | **Services** | X | | | 1,000.00 |
| ACCOUNT NO.  **J85074**<br><br>**AGSO**<br>**c/o Diversified Services**<br>**5800 E. Thomas Road**<br>**Suite 107**<br>**Scottsdale, AZ 85251** | | W | 11/01/2005<br>**Merchandise** | | | | 299.79 |
| ACCOUNT NO.<br><br>**Allstate Indemnity Company**<br>**c/o Credit Collection Services**<br>**2 Wells Ave.**<br>**Dept 9135**<br>**Nedham Hieghts, MA  02494-9135** | | J | **Merchandise/Service** | | | | 0.00 |
| ACCOUNT NO.  **3499913568565915**<br><br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998-1537** | X | J | **Merchandise and Services** | | | | 4,140.00 |

20   Continuation sheets attached

Subtotal ➤ $                           5,439.79

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky** _____      Case No. _____
                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **372720979912006** | | W | 04/01/2004 | | | | 4,140.38 |
| **American Express** P.O. Box 297812 Ft. Lauderdale, FL 33329  **NCO Financial** P.O. Box 15456 Wilmington, DE 19850-5456 | | | **Merchandise and Services** | | | | |
| ACCOUNT NO.  **371731362301005** | | W | 01/01/1997 | | | | 17,558.00 |
| **American Express** P.O. Box 722929 Ft. Lauderdale, FL 33329  **United Recovery System** P.O. Box 722929 Houston, TX 77272 | | | **Merchandise and Services** | | | | |
| ACCOUNT NO.  **372390768082005** | | W | 08/01/1997 | | | | 4,588.30 |
| **American Express** P.O. Box 297812 Ft. Lauderdale, FL 33329  **GC Services** P.O. Box 46960 St. Louis, MO 63146 | | | **Merchandise and Services** | | | | |
| ACCOUNT NO.  **A100761268** | | W | 02/18/2008 | | | | 9.15 |
| **Ameriprise Auto and Home Insurance** 3500 Packerland Drive De Pere, WI 54115 | | | **Services** | | | | |

Sheet no.  1 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $      **26,295.83**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky**_____   Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bamkom Outdoor**<br>**3053 W. Birchwood**<br>**Chicago, IL 60645** | | J | **11/01/2007** | X | | | **100,000.00** |
| ACCOUNT NO.  **4305500167112922**<br><br>**Bank of America**<br>**4060 Ogletown/Stanton Road**<br>**Newark,  DE 19714** | | W | **07/01/2004**<br><br>**Merchandise and Services** | | | | **4,849.00** |
| ACCOUNT NO.  **4264281500699193**<br><br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | | W | **08/01/2003**<br><br>**Merchandise and Services** | | | | **5,685.93** |
| ACCOUNT NO.  **5474875001275479**<br><br>**Bank of America**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** | | H | **02/01/2006**<br><br>**Merchandise and Services** | X | | | **5,579.28** |
| ACCOUNT NO.  **4888603116390774**<br><br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | | W | **11/01/2004**<br><br>**Merchandise and Services** | | | | **6,729.56** |

Sheet no.  2 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $                **122,843.77**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meir Shlomo Dubinsky   Miriam Dubinsky** _____     Case No. _____
                                        **Debtors**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **74974265719416** <br> **Bank of America** <br> **P.O. Box 15102** <br> **Wilmington, DE 19886** | | J | **Merchandise and Services** | | | | **11,000.00** |
| ACCOUNT NO.   **2008-CONSC-00214911** <br> **Bozena Radojcic** <br> **Jewel Windows** <br> **6921 S. Chicago** <br> **Chicago, IL 60637** <br><br> **Consumer Protection** <br> **Office of Attorney General** <br> **100 W. Randolph St.** <br> **Chicago, IL 60601** | | H | 04/01/2007 | X | | | **40,000.00** |
| ACCOUNT NO. <br> **Britten Banners & Event Solutions** <br> **P.O. Box 633723** <br> **Cincinnati, OH 45263** | | H | 04/16/2008 <br> **Merchandise and Services** | X | | | **10,701.48** |
| ACCOUNT NO.   **5178052154707885** <br> **Capital One** <br> **P.O. Box 60024** <br> **City Indust, CA 91716-0024** <br><br> **Blatt Hasenmiller FL** <br> **125 S. Wacker Drive** <br> **Suite 400** <br> **Chicago, IL 60606** | | J | **Merchandise and Services** | | | | **5,104.00** |

Sheet no.  3 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **66,805.48**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meir Shlomo Dubinsky    Miriam Dubinsky**                          Case No. _____
                          **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4225810309019712**<br><br>**Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | W | **11/01/1996**<br><br>**Merchandise and Services** | | | | **10,000.00** |
| ACCOUNT NO.   **4640182020534859**<br><br>**Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | W | **11/01/2005**<br><br>**Merchandise and Services** | | | | **3,980.00** |
| ACCOUNT NO.   **4266841014958001**<br><br>**Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | W | **10/01/2004**<br><br>**Merchandise and Services** | | | | **2,500.00** |
| ACCOUNT NO.<br><br>**Chicago Car Center**<br>**1655 N. Western**<br>**Chicago, IL 60647** | | H | **01/01/2008**<br><br>**Merchandise and Services** | X | | | **25,000.00** |
| ACCOUNT NO.   **508229005142367**<br><br>**Citibank**<br>**P.O. Box 688918**<br>**Des Moines, IA 50368** | | J | **11/01/2007**<br><br>**Merchandise and Services** | | | | **43,000.00** |

Sheet no.  4 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $                                **84,480.00**

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky**                                Case No. _____
_____
Debtors                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5424180133553567** <br><br> **Citibank** <br> **P.O. Box 688912** <br> **Des Moines, IA 50368-8912** | | H | **Merchandise and Services** | X | | | **11,895.85** |
| ACCOUNT NO.  **5424180851433646** <br><br> **Citibank** <br> **P.O. Box 6241** <br> **Sioux Falls, SK 57117** | | W | **04/01/1999** <br><br> **Merchandise and Services** | | | | **14,307.00** |
| ACCOUNT NO.  **5424180851433646** <br><br> **Citicard/ATT Universal** <br> **P.O. Box 6077** <br> **Sioux Falls, SK 57117-6077** | | W | **08/01/2004** <br><br> **Merchandise and Services** | | | | **5,250.00** |
| ACCOUNT NO.  **35609** <br><br> **ComEd** <br> **Chicago, IL 60668** <br><br><br> **Querrey & Harrow** <br> **175 W. Jackson Blvd.** <br> **Suite 1600** <br> **Chicago, IL 60604** | | H | **05/10/2006** <br><br> **Property Damage** | X | | | **300,000.00** |

Sheet no.  5 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **331,452.85**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meir Shlomo Dubinsky    Miriam Dubinsky**                              Case No. _____
                           Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **126358049** <br><br> **ComEd** <br> **Chicago, IL 60668** | | H | 06/01/2008 <br><br> **Services** | X | | | 4,000.00 |
| ACCOUNT NO.   **501-6153390-003** <br><br> **Dell Financial** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60197** | | H | 02/09/2005 <br><br> **Merchandise** | X | | | 2,000.00 |
| ACCOUNT NO.   **003-6153390-001** <br><br> **Dell Financial** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60197** | | H | 03/01/2003 <br><br> **Merchandise** | X | | | 3,200.00 |
| ACCOUNT NO.   **003-6153390-002** <br><br> **Dell Financial** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60197** | | H | 01/26/2005 <br><br> **Merchandise** | X | | | 3,500.00 |
| ACCOUNT NO.   **6879450129009793020** <br><br> **Dell Financial** <br> **c/o Associated Recovery Systems** <br> **P.O. Box 469046** <br> **Escondido, CA 92046** | | H | **Merchandise and Services** | X | | | 2,239.66 |

Sheet no.  6 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                     14,939.66

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Meir Shlomo Dubinsky   Miriam Dubinsky** _____     Case No. _____
                                                Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **003-6153390-002**<br>**Dell/Dept. 57-0025891739**<br>**P.O. Box 9020**<br>**Des Moines, IA 50368** | | H | 08/01/2003<br>**Merchandise** | X | | | 1,500.00 |
| ACCOUNT NO.<br>**Discover**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130** | | W | 07/01/2002<br>**Merchandise and Services** | | | | 8,900.00 |
| ACCOUNT NO.  **6011007890696312**<br>**Discover Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | | H | **Merchandise and Services** | | | | 4,683.43 |
| ACCOUNT NO.<br>**Eastern Metal Supply**<br>**13161 Lake Front Drive**<br>**Earth City, MO 63045** | | H | 11/01/2005 | X | | | 1,540.00 |
| ACCOUNT NO.  **EP114920**<br>**ENH**<br>**9532 Eagle Way**<br>**Chicago, IL 60678** | | W | 12/17/2006<br>**Services** | | | | 81.00 |

Sheet no.  7  of  20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **16,704.43**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky**_____      Case No. _____
                          Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NE-A0273965AAA** <br> **ENH** <br> **23159 Network Place** <br> **Chicago, IL 60673** | | W | 08/01/2007 <br> **Services** | | | | 91.00 |
| ACCOUNT NO.  **94-8706343** <br> **ENH** <br> **34618 Eagle Way** <br> **Chicago, IL 60678** | | W | 08/01/2007 <br> **Services** | | | | 58.00 |
| ACCOUNT NO.  **EP114920** <br> **ENH** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | | W | 03/12/2006 <br> **Services** | | | | 64.76 |
| ACCOUNT NO.  **NE-A0273965AAB** <br> **ENH Group** <br> **23159 Network Place** <br> **Chicago, IL 60673** | | W | 08/01/2007 <br> **Services** | | | | 20.00 |
| ACCOUNT NO.  **NE-A0273965AAC** <br> **ENH Medical Group** <br> **23159 Network Place** <br> **Chicago, IL 60673** | | W | 07/31/2007 <br> **Services** | | | | 36.00 |

Sheet no.  8 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $                              269.76

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky** _____        Case No. _____
_____
                    **Debtors**                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **06-M1-122383** <br><br> **ET Plastics** <br> **c/o Zellermayer Reuben** <br> **205 W. Randolph Street** <br> **Suite 1610** <br> **Chicago, IL 60606** | X | H | **05/01/2006** <br><br> **Merchandise** | X | | | **4,111.44** |
| ACCOUNT NO. <br><br> **Freight Quote** <br> **P.O. Box 504078** <br> **St. Louis, MO 63150** | | H | **08/14/2006** <br><br> **Services** | X | | | **2,000.00** |
| ACCOUNT NO.  **6044150144625162** <br><br> **GE Capital** <br> **c/o National Action Financial Services** <br> **165 Lawrence Bell Drive** <br> **P.O. Box 9027** <br> **Williamsville, NY 14231-9027** | | J | <br> **Merchandise** | | | | **1,292.47** |
| ACCOUNT NO. <br><br> **GE Polymershapes** <br> **9930 Kincey Ave.** <br> **Huntersville, NC 28078** | | H | **03/09/2004** <br><br> **Merchandise** | X | | | **2,755.01** |
| ACCOUNT NO.  **6035322003967415** <br><br> **Home Depot** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901** | | H | **02/16/2006** <br><br> **Merchandise** | X | | | **2,000.00** |

Sheet no.  9  of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **12,158.92**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Meir Shlomo Dubinsky   Miriam Dubinsky**                                   Case No. _____

           ―――――――――――――――――――――
                          **Debtors**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **VN081162215 and VN0821452** | | J | 06/18/2008 | | | | 761.30 |
| **Illi** **P.O. Box 5201** **Lisle, IL 60532** | | | **Tolls** | | | | |
| ACCOUNT NO.   **07 CH 19696** | X | J | | | | | 75,748.64 |
| **JP Morgan Bank** **c/o Codilis & Associates** **15W030 N. Frontage Rd.** **Suite 100** **Burr Ridge, IL 60527** | | | **Deficiency Judgment** | | | | |
| ACCOUNT NO. | | H | 02/07/2008 | X | | | 851.00 |
| **Kane Management, Inc.** **95th & Ridgeland Currency** **6326 W. 95th Street** **Oak Lawn, IL 60453** | | | | | | | |
| ACCOUNT NO. | | H | 11/08/2007 | X | | | 1,000.00 |
| **Laird Plastic** **2450 Lunt Avenue** **Elk Grove, IL 60007** | | | **Merchandise** | | | | |
| ACCOUNT NO.   **115913-00** | | H | 07/27/2006 | X | | | 1,500.00 |
| **Law Bulletin** **415 N. State Street** **Chicago, IL 60610** | | | **Advertising** | | | | |

Sheet no. _10_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $         **79,860.94**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Meir Shlomo Dubinsky   Miriam Dubinsky** _____     Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2007-M1-144964** | X | H |  | X |  |  | 1,500.00 |
| **Law Bulletin c/o Juric Catherine 415 N. State Street Suite 200 Chicago, IL 60610** | | | Advertising | | | | |
| ACCOUNT NO. | | J | 11/01/2004 | | | | 60,000.00 |
| **Lev Dubinsky 4582 Concord Lane Northbrook, IL 60062** | | | Loan | | | | |
| ACCOUNT NO.   **81924140071945** | | W | 05/24/2006 | | | | 1,000.00 |
| **Lowes P.O. Box 105980 Dept. 79 Atlanta, GA 30353** | | | Merchandise | | | | |
| ACCOUNT NO.   **81924140071945** | | J |  | | | | 1,380.00 |
| **Lowes P.O. Box 530914 Atlanta, GA 30353-0914** | | | Merchandise | | | | |
| **Allied Interstate 3000 Corporate Exchange Dr. Columbus, OH 43231** | | | | | | | |

Sheet no. _11_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩ $ | 63,880.00

Total  ⟩ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky**_____     Case No. _____
                                      Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9188063**<br><br>**Loyola University Health System<br>c/o ICS, Inc.<br>P.O. Box 1010<br>Tinley Park, IL 60477** | | | **Services** | | | | **815.27** |
| ACCOUNT NO.   **10910053445**<br><br>**Loyola University Health System<br>c/o Nationwide Credit and Collection<br>9919 W. Roosevelt Road<br>Suite 101<br>Westchester, IL 60154-2771** | | J | **10/01/2005**<br><br>**Services** | | | | **4,745.00** |
| ACCOUNT NO.   **10910053467**<br><br>**Loyola University Health System<br>c/o Nationwide Credit and Collection<br>9919 W. Roosevelt Road<br>Suite 101<br>Westchester, IL 60154-2771** | | J | **11/01/2005**<br><br>**Services** | | | | **248.00** |
| ACCOUNT NO.   **109100534468**<br><br>**Loyola University Health System<br>c/o Nationwide Credit and Collection<br>9919 W. Roosevelt Road<br>Suite 101<br>Westchester, IL 60154-2771** | | J | **10/01/2005**<br><br>**Services** | | | | **234.00** |
| ACCOUNT NO.   **604415014462**<br><br>**Lvnv Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603** | | J | **07/01/2006**<br><br>**Merchandise** | | | | **1,296.00** |

Sheet no. _12_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **7,338.27**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Meir Shlomo Dubinsky    Miriam Dubinsky** _____    Case No. _____
_____
Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Main Pizza**<br>**4209 Main Street**<br>**Skokie, IL 60076** | | J | 01/01/2008 | | | | 200.00 |
| ACCOUNT NO.<br><br>**Marathon Cuting Die, Inc.**<br>**Mike Bauer**<br>**2230 S. Foster**<br>**Wheeing, IL 60090** | | H | **Merchandise and Services** | X | | | 0.00 |
| ACCOUNT NO.   **08CV2895**<br><br>**Max Stesel**<br>**3053 Birchwood Ave**<br>**Chicago, IL 60645**<br><br><br>**Carey M. Stein, Ashman & Stein**<br>**150 N. Wacker Drive, #3000**<br>**Chicago, IL 60606** | X | H | 07/30/2007<br><br>**Loan** | | | | 135,000.00 |
| ACCOUNT NO.   **xxxx-xxxx-xxxx-5479**<br><br>**MBNA Platinum**<br>**P.O. Box 15469**<br>**Wilmington, DE 19886** | | H | 05/21/2004<br><br>**Merchandise and Services** | X | | | 6,000.00 |

Sheet no. _13_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **141,200.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky**                              Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5474-8750-0127-5461** <br><br>**MBNA Platinum** <br>**P.O. Box 15469** <br>**Wilmington, DE 19886** | | H | **05/21/2004** <br><br>**Merchandise and Services** | X | | | **6,000.00** |
| ACCOUNT NO.  **9149797** <br><br>**McLeod USA** <br>**P.O. Box 3243** <br>**Milwaukee, WI 53201** | | H | **06/01/2008** | X | | | **3,165.86** |
| ACCOUNT NO.  **6450144625162** <br><br>**Mens Warehouse** <br>**P.O. Box 530993** <br>**Atlanta, GA 30353-0993** | | H | **Merchandise** | | | | **1,500.00** |
| ACCOUNT NO.  **32449** <br><br>**Midwest Center for Women** <br>**4890 Paysphere Circle** <br>**Chicago, IL 60674** | | W | **05/01/2008** <br><br>**Services** | | | | **129.00** |
| ACCOUNT NO.  **NU110** <br><br>**Midwest Neon** <br>**4101 N. Rockwell** <br>**Chicago, IL 60618** | | H | **11/01/2005** <br><br>**Merchandise** | X | | | **10,000.00** |

Sheet no.  14  of  20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                           **20,794.86**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Meir Shlomo Dubinsky   Miriam Dubinsky** _____     Case No. _____
                                        Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Morelia Supermarket**<br>**4833 W. Diversey Ave.**<br>**Chicago, IL 60639** | | H | 03/04/2008<br>**Merchandise** | X | | | 5,760.00 |
| ACCOUNT NO. **05-L-013854**<br>**Natti LLC**<br>**c/o Bronson & Khan**<br>**150 N. Wacker Drive**<br>**Chicago, IL 60606** | X | H | **Rent** | | | | 17,000.00 |
| ACCOUNT NO. **1-14-36-8162 3**<br>**Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568** | | H | 07/25/2005<br>**Service** | X | | | 1,000.00 |
| ACCOUNT NO. **2007-M3-001803**<br>**Nicor Gas Co**<br>**c/o Fennel Patricia Mary**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | X | H | **Gas Service** | X | | | 16,591.82 |
| ACCOUNT NO.<br>**Nippon Life**<br>**1275 Northwest 128 St.**<br>**Clive, IA 50325** | | H | 09/01/2007<br>**Services** | X | | | 2,166.22 |

Sheet no. _15_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $          42,518.04

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Meir Shlomo Dubinsky   Miriam Dubinsky** _____     Case No. _____

                **Debtors**                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **220296561** <br><br>**Nordstrom** <br>**P.O. Box 79134** <br>**Phoenix, az 85062-9134** | X | J | **Merchandise** | | | | **350.00** |
| ACCOUNT NO. **220296561** <br><br>**Nordstrom** <br>**P.O. Box 79134** <br>**Phoenix, AZ 85062** | | W | **09/01/2001** <br><br>**Merchandise** | | | | **400.00** |
| ACCOUNT NO. **07 SC 1644** <br><br>**Northern Open MRI** <br>**1955 DeKalb Avenue** <br>**Sycamore, IL 60178** <br><br><br>**Karen Wilkerson** <br>**Attorney at Law** <br>**437 W. Hillcrest Drive** <br>**DeKalb, IL 60115** | | J | **01/22/2006** <br><br>**Services** | | | | **10,000.00** |
| ACCOUNT NO. **NUWA001** <br><br>**Optec** <br>**530 S. 6th Street** <br>**City of Industry, CA 91746** | | H | **10/26/2005** <br><br>**Merchandise and Services** | X | | | **16,856.39** |

Sheet no. <u>16</u> of <u>20</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal ➤ $         **27,606.39**

                                           Total ➤ $

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky** _____        Case No. _____

_____Debtors_____                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6044071002870810**<br>**Paypal**<br>P.O. Box 960080<br>Orlando, FL 32896 | | H | 12/05/2005<br><br>**Services** | X | | | 1,200.00 |
| ACCOUNT NO.  **4559964501410488**<br>**Providian/ Washington Mutual Card Servic**<br>P.O. Box 660487<br>Dallas, TX 75266-0487<br><br>**I. C. Systems**<br>444 Highway 96 East<br>PO BOX 64887<br>St. Paul, MN 55164-0887 | | J | **Merchandise** | | | | 1,574.35 |
| ACCOUNT NO.<br>**Quick Signs, Inc.**<br>1134 Douglas Road<br>Oswego, IL 60543 | | H | 08/07/2007<br><br>**Merchandise and Services** | X | | | 867.00 |
| ACCOUNT NO.<br>**Regency Development Group**<br>2980 S. River Road<br>Des Plaines, IL 60018<br><br>**Mitchel Ruchim**<br>3000 Dundee Road<br>Northbrook, IL 60062 | | H | 06/13/2007 | X | | | 19,200.00 |

Sheet no.  17  of  20  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                            **22,841.35**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Meir Shlomo Dubinsky   Miriam Dubinsky** _____     Case No. _____
                            Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **08-M1-121706**<br><br>**Rudy Zaslavsky**<br>**c/o Donald Newman and Associates**<br>**11 S. LaSalle Street**<br>**Suite 1500**<br>**Chicago, IL 60603** | X | H | Loan | | | | **386,291.62** |
| ACCOUNT NO.  **94294485491**<br><br>**Sallie Mae LSCF**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32441** | | W | 07/01/2007<br><br>Student Loan | | | | **25,191.00** |
| ACCOUNT NO.<br><br>**Sherman Metals**<br>**850 N. State Street**<br>**Lockport, IL 60441**<br><br><br>**Medicin and Mitchel**<br>**7310 McNab Road**<br>**Suite 107**<br>**Ft. Lauderdale, FL 33321** | | H | 01/24/2008<br><br>Merchandise | X | | | **2,019.64** |
| ACCOUNT NO.  **44365807/CIL 19073191-416**<br><br>**Steiner Electric**<br>**P.O. Box A3984**<br>**Chicago, IL 60690** | | H | 12/29/2005<br><br>Merchandise | X | | | **287.32** |

Sheet no.  18 of 20 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **413,789.58**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Meir Shlomo Dubinsky   Miriam Dubinsky** _____ Case No. _____

Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9344117626** <br><br> **Target** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459** | | W | 09/01/2005 <br><br> **Merchandise** | | | | 350.00 |
| ACCOUNT NO.   **4582C** <br><br> **The Glenview Place Association** <br> **c/o American Property Management** <br> **1154 S. Roselle Road** <br> **Schaumburg, IL 60193** | | J | 07/01/2008 | | | | 300.00 |
| ACCOUNT NO.   **259707567** <br><br> **T-Mobile** <br> **P.O. Box 742596** <br> **Cincinnati, OH 45274** | | J | 03/01/2008 <br><br> **Services** | | | | 1,000.00 |
| ACCOUNT NO. <br><br> **Total Plastics** <br> **23559 Network Place** <br> **Chicago, IL 60673** | | H | 07/17/2006 <br><br> **Merchandise** | X | | | 1,500.00 |
| ACCOUNT NO.   **122668** <br><br> **United Health Insurance** <br> **Dept. CH 10151** <br> **Palatine, IL 60055** | | H | 01/01/2006 <br><br> **Services** | X | | | 1,453.14 |

Sheet no. _19_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   **4,603.14**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **Meir Shlomo Dubinsky   Miriam Dubinsky** _____   Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vantage Signs**<br>**329 Paseo Sonrisa**<br>**Walnut, CA 91789** | | H | **10/17/2005**<br><br>**Merchandise** | X | | | **8,017.00** |
| ACCOUNT NO.<br><br>**Village of Schaumburg**<br>**101 Schaumburg Court**<br>**Schaumburg, IL 60193** | | H | **08/08/2007** | X | | | **149.50** |

Sheet no. _20_ of _20_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **8,166.50**

Total ➤ $ **1,513,989.56**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   **Meir Shlomo Dubinsky**          Case No.
      **Miriam Dubinsky**

      Debtors.          Chapter   **7**

### STATEMENT OF MONTHLY GROSS INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Non-Filing Spouse |
|---|---|---|
| Six months ago | $2,000.00 | $0.00 |
| Five months ago | $2,000.00 | $0.00 |
| Four months ago | $2,000.00 | $0.00 |
| Three months ago | $2,000.00 | $2,015.00 |
| Two months ago | $2,000.00 | $2,015.00 |
| Last month | $4,000.00 | $2,015.00 |
| Income from other sources | $0.00 | $0.00 |
| Total gross income for six months preceding filing | $ 14,000.00 | $ 6,045.00 |
| **Average Monthly Gross Income** | $ 2,333.33 | $ 1,007.50 |
| **Average Monthly Net Income** | $ 4,000.00 | $ 2,015.00 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:  **7/20/2008**

**s/ Meir Shlomo Dubinsky**
**Meir Shlomo Dubinsky**

          Debtor

**s/ Miriam Dubinsky**
**Miriam Dubinsky**

          Non-Filing Spouse

**Robert N. Weiner   6182274**
**Robert N. Weiner, P.C.**
**790 Frontage Road**
**Suite 701**
**Northfield, IL 60093**

**847-441-8118**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Meir Shlomo Dubinsky**
Social Security Number:  **4385**

Joint Debtor:  **Miriam Dubinsky**
Social Security Number:  **0512**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **1. JP Morgan Bank**<br>**c/o Codilis & Associates**<br>**15W030 N. Frontage Rd.**<br>**Suite 100**<br>**Burr Ridge, IL 60527** | **Unsecured Claims** | **$ 75,748.64** |
| **2. Lvnv Funding LLC**<br>**P.O. Box 10497**<br>**Greenville, SC 29603** | **Unsecured Claims** | **$  1,296.00** |
| **3. Nicor Gas Co**<br>**c/o Fennel Patricia Mary**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | **Unsecured Claims** | **$ 16,591.82** |
| **4. Capital One**<br>**P.O. Box 60024**<br>**City Indust, CA 91716-0024** | **Unsecured Claims** | **$  5,104.00** |
| **5. Natti LLC**<br>**c/o Bronson & Khan**<br>**150 N. Wacker Drive**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 17,000.00** |

In re:   **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| | | |
|---|---|---|
| **6.** | **Rudy Zaslavsky**<br>**c/o Donald Newman and Associates**<br>**11 S. LaSalle Street**<br>**Suite 1500**<br>**Chicago, IL 60603** | **Unsecured Claims**   **$ 386,291.62** |
| **7.** | **Max Stesel**<br>**3053 Birchwood Ave**<br>**Chicago, IL 60645** | **Unsecured Claims**   **$ 135,000.00** |
| **8.** | **2nd to None Cuts**<br>**539 E. 79th Street**<br>**Chicago, IL  60619** | **Unsecured Claims**   **$   1,000.00** |
| **9.** | **AGSO**<br>**c/o Diversified Services**<br>**5800 E. Thomas Road**<br>**Suite 107**<br>**Scottsdale, AZ 85251** | **Unsecured Claims**   **$    299.79** |
| **10.** | **Allstate Indemnity Company**<br>**c/o Credit Collection Services**<br>**2 Wells Ave.**<br>**Dept 9135**<br>**Nedham Hieghts, MA  02494-9135** | **Unsecured Claims**   **$     0.00** |
| **11.** | **American Express**<br>**P.O. Box 297812**<br>**Ft. Lauderdale, FL 33329** | **Unsecured Claims**   **$   4,588.30** |
| **12.** | **American Express**<br>**P.O. Box 722929**<br>**Ft. Lauderdale, FL 33329** | **Unsecured Claims**   **$ 17,558.00** |
| **13.** | **American Express**<br>**P.O. Box 297812**<br>**Ft. Lauderdale, FL 33329** | **Unsecured Claims**   **$   4,140.38** |
| **14.** | **Ameriprise Auto and Home Insurance**<br>**3500 Packerland Drive**<br>**De Pere, WI 54115** | **Unsecured Claims**   **$      9.15** |

In re:   **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Bamkom Outdoor**<br>**3053 W. Birchwood**<br>**Chicago, IL 60645** | **Unsecured Claims** | **$ 100,000.00** |
| 16. | **Bank of America**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$  5,579.28** |
| 17. | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$  5,685.93** |
| 18. | **Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$ 11,000.00** |
| 19. | **Bank of America**<br>**4060 Ogletown/Stanton Road**<br>**Newark,  DE 19714** | **Unsecured Claims** | **$  4,849.00** |
| 20. | **American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998-1537** | **Unsecured Claims** | **$  4,140.00** |
| 21. | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$  6,729.56** |
| 22. | **Bank United**<br>**P.O. Box 538613**<br>**Atlanta, GA 30353** | **Secured Claims** | **$ 378,000.00** |
| 23. | **Bozena Radojcic**<br>**Jewel Windows**<br>**6921 S. Chicago**<br>**Chicago, IL 60637** | **Unsecured Claims** | **$ 40,000.00** |

In re: **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **Britten Banners & Event Solutions**<br>**P.O. Box 633723**<br>**Cincinnati, OH 45263** | **Unsecured Claims** | **$ 10,701.48** |
| 25 . | **Capital One**<br>**Capital One Auto Finance**<br>**P.O. Box 93016**<br>**Long Beach, CA 90809-3016** | **Secured Claims** | **$ 13,000.00** |
| 26 . | **Law Bulletin**<br>**c/o Juric Catherine**<br>**415 N. State Street**<br>**Suite 200**<br>**Chicago, IL 60610** | **Unsecured Claims** | **$  1,500.00** |
| 27 . | **Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$ 10,000.00** |
| 28 . | **Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$  2,500.00** |
| 29 . | **Chase Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Unsecured Claims** | **$  3,980.00** |
| 30 . | **Chicago Car Center**<br>**1655 N. Western**<br>**Chicago, IL 60647** | **Unsecured Claims** | **$ 25,000.00** |
| 31 . | **Citibank**<br>**P.O. Box 688918**<br>**Des Moines, IA 50368** | **Unsecured Claims** | **$ 43,000.00** |
| 32 . | **Citibank**<br>**P.O. Box 688912**<br>**Des Moines, IA 50368-8912** | **Unsecured Claims** | **$ 11,895.85** |

In re:  **Meir Shlomo Dubinsky**
**Miriam Dubinsky**                                        Case No. _____

| | | | |
|---|---|---|---|
| 33. | **Citibank**<br>**P.O. Box 6241**<br>**Sioux Falls, SK 57117** | **Unsecured Claims** | **$ 14,307.00** |
| 34. | **Citicard/ATT Universal**<br>**P.O. Box 6077**<br>**Sioux Falls, SK 57117-6077** | **Unsecured Claims** | **$ 5,250.00** |
| 35. | **City of Chicago**<br>**c/o Heller and Frisone Ltd.**<br>**33 N. LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL 60602** | **Priority Claims** | **$ 1,000.00** |
| 36. | **City of Chicago**<br>**Department of Revenue**<br>**121 N. LaSalle Street**<br>**Room 107A**<br>**Chicago, IL 60602** | **Priority Claims** | **$ 2,315.00** |
| 37. | **City of Chicago**<br>**c/o Heller and Frisone, Ltd.**<br>**33 N. LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL 60602** | **Priority Claims** | **$ 1,000.00** |
| 38. | **ComEd**<br>**Chicago, IL 60668** | **Unsecured Claims** | **$ 4,000.00** |
| 39. | **ComEd**<br>**Chicago, IL 60668** | **Unsecured Claims** | **$ 300,000.00** |
| 40. | **Dell Financial**<br>**c/o Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046** | **Unsecured Claims** | **$ 2,239.66** |
| 41. | **Dell Financial**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$ 3,200.00** |

In re: **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| 42. | **Dell Financial**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$ 3,500.00** |
|---|---|---|---|
| 43. | **Dell Financial**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$ 2,000.00** |
| 44. | **Dell/Dept. 57-0025891739**<br>**P.O. Box 9020**<br>**Des Moines, IA 50368** | **Unsecured Claims** | **$ 1,500.00** |
| 45. | **Discover**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130** | **Unsecured Claims** | **$ 8,900.00** |
| 46. | **Discover Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | **Unsecured Claims** | **$ 4,683.43** |
| 47. | **Eastern Metal Supply**<br>**13161 Lake Front Drive**<br>**Earth City, MO 63045** | **Unsecured Claims** | **$ 1,540.00** |
| 48. | **ENH**<br>**9532 Eagle Way**<br>**Chicago, IL 60678** | **Unsecured Claims** | **$    64.76** |
| 49. | **ENH**<br>**34618 Eagle Way**<br>**Chicago, IL 60678** | **Unsecured Claims** | **$    58.00** |
| 50. | **ENH**<br>**9532 Eagle Way**<br>**Chicago, IL 60678** | **Unsecured Claims** | **$    81.00** |

In re:  **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| 51. | **ENH**<br>**23159 Network Place**<br>**Chicago, IL 60673** | **Unsecured Claims** | **$      91.00** |
|---|---|---|---|
| 52. | **ENH Group**<br>**23159 Network Place**<br>**Chicago, IL 60673** | **Unsecured Claims** | **$      20.00** |
| 53. | **ENH Medical Group**<br>**23159 Network Place**<br>**Chicago, IL 60673** | **Unsecured Claims** | **$      36.00** |
| 54. | **ET Plastics**<br>**c/o Zellermayer Reuben**<br>**205 W. Randolph Street**<br>**Suite 1610**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$   4,111.44** |
| 55. | **Freight Quote**<br>**P.O. Box 504078**<br>**St. Louis, MO 63150** | **Unsecured Claims** | **$   2,000.00** |
| 56. | **GE Capital**<br>**c/o National Action Financial Services**<br>**165 Lawrence Bell Drive**<br>**P.O. Box 9027**<br>**Williamsville, NY 14231-9027** | **Unsecured Claims** | **$   1,292.47** |
| 57. | **GE Polymershapes**<br>**9930 Kincey Ave.**<br>**Huntersville, NC 28078** | **Unsecured Claims** | **$   2,755.01** |
| 58. | **Harris N.A.**<br>**c/o James P. Sullivan, Esq.**<br>**Chapman and Cutler LLP**<br>**111 W. Monroe Street**<br>**Chicago, IL 60603** | **Secured Claims** | **$1,500,000.00** |
| 59. | **Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901** | **Unsecured Claims** | **$   2,000.00** |

In re:  **Meir Shlomo Dubinsky**
        **Miriam Dubinsky**                                        Case No. _____

60.  **Illi**                              **Unsecured Claims**              $   761.30
     **P.O. Box 5201**
     **Lisle, IL 60532**

61.  **Illinois Department of Revenue**    **Priority Claims**            $ 10,585.25
     **P.O. Box 19006**
     **Springfield, IL 62794**

62.  **Illinois Tollway**                  **Priority Claims**              $   761.30
     **P.O. Box 5201**
     **Lisle, IL 60532**

63.  **Kane Management, Inc.**             **Unsecured Claims**              $   851.00
     **95th & Ridgeland Currency**
     **6326 W. 95th Street**
     **Oak Lawn, IL 60453**

64.  **Laird Plastic**                     **Unsecured Claims**              $ 1,000.00
     **2450 Lunt Avenue**
     **Elk Grove, IL 60007**

65.  **Law Bulletin**                      **Unsecured Claims**              $ 1,500.00
     **415 N. State Street**
     **Chicago, IL 60610**

66.  **Lev Dubinsky**                      **Unsecured Claims**            $ 60,000.00
     **4582 Concord Lane**
     **Northbrook, IL 60062**

67.  **Lowes**                             **Unsecured Claims**              $ 1,000.00
     **P.O. Box 105980**
     **Dept. 79**
     **Atlanta, GA 30353**

68.  **Lowes**                             **Unsecured Claims**              $ 1,380.00
     **P.O. Box 530914**
     **Atlanta, GA 30353-0914**

In re: **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| | | | |
|---|---|---|---:|
| 69. | **Loyola University Health System**<br>**c/o Nationwide Credit and Collection**<br>**9919 W. Roosevelt Road**<br>**Suite 101**<br>**Westchester, IL 60154-2771** | **Unsecured Claims** | **$   234.00** |
| 70. | **Loyola University Health System**<br>**c/o ICS, Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | **Unsecured Claims** | **$   815.27** |
| 71. | **Loyola University Health System**<br>**c/o Nationwide Credit and Collection**<br>**9919 W. Roosevelt Road**<br>**Suite 101**<br>**Westchester, IL 60154-2771** | **Unsecured Claims** | **$ 4,745.00** |
| 72. | **Loyola University Health System**<br>**c/o Nationwide Credit and Collection**<br>**9919 W. Roosevelt Road**<br>**Suite 101**<br>**Westchester, IL 60154-2771** | **Unsecured Claims** | **$   248.00** |
| 73. | **Main Pizza**<br>**4209 Main Street**<br>**Skokie, IL 60076** | **Unsecured Claims** | **$   200.00** |
| 74. | **Marathon Cuting Die, Inc.**<br>**Mike Bauer**<br>**2230 S. Foster**<br>**Wheeing, IL 60090** | **Unsecured Claims** | **$     0.00** |
| 75. | **MBNA Platinum**<br>**P.O. Box 15469**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$ 6,000.00** |
| 76. | **MBNA Platinum**<br>**P.O. Box 15469**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$ 6,000.00** |
| 77. | **McLeod USA**<br>**P.O. Box 3243**<br>**Milwaukee, WI 53201** | **Unsecured Claims** | **$ 3,165.86** |

In re:  **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| | | | |
|---|---|---|---|
| 78. | **Mens Warehouse**<br>P.O. Box 530993<br>Atlanta, GA 30353-0993 | **Unsecured Claims** | $ 1,500.00 |
| 79. | **Midwest Center for Women**<br>4890 Paysphere Circle<br>Chicago, IL 60674 | **Unsecured Claims** | $ 129.00 |
| 80. | **Midwest Neon**<br>4101 N. Rockwell<br>Chicago, IL 60618 | **Unsecured Claims** | $ 10,000.00 |
| 81. | **Morelia Supermarket**<br>4833 W. Diversey Ave.<br>Chicago, IL 60639 | **Unsecured Claims** | $ 5,760.00 |
| 82. | **Nicor Gas**<br>P.O. Box 416<br>Aurora, IL 60568 | **Unsecured Claims** | $ 1,000.00 |
| 83. | **Nippon Life**<br>1275 Northwest 128 St.<br>Clive, IA 50325 | **Unsecured Claims** | $ 2,166.22 |
| 84. | **Nordstrom**<br>P.O. Box 79134<br>Phoenix, az 85062-9134 | **Unsecured Claims** | $ 350.00 |
| 85. | **Nordstrom**<br>P.O. Box 79134<br>Phoenix, AZ 85062 | **Unsecured Claims** | $ 400.00 |
| 86. | **Northern Open MRI**<br>1955 DeKalb Avenue<br>Sycamore, IL 60178 | **Unsecured Claims** | $ 10,000.00 |

In re:  **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

| | | | |
|---|---|---|---|
| 87. | **Nu-Way Signs Inc. Employees**<br>**2320 Foster**<br>**Wheeling, IL 60090** | **Priority Claims** | **$ 10,000.00** |
| 88. | **Internal Revenue Service**<br>**Cincinnati, OH 45999** | **Priority Claims** | **$ 89,055.41** |
| 89. | **Optec**<br>**530 S. 6th Street**<br>**City of Industry, CA 91746** | **Unsecured Claims** | **$ 16,856.39** |
| 90. | **Paypal**<br>**P.O. Box 960080**<br>**Orlando, FL 32896** | **Unsecured Claims** | **$ 1,200.00** |
| 91. | **Providian/ Washington Mutual Card Servic**<br>**P.O. Box 660487**<br>**Dallas, TX 75266-0487** | **Unsecured Claims** | **$ 1,574.35** |
| 92. | **Quick Signs, Inc.**<br>**1134 Douglas Road**<br>**Oswego, IL 60543** | **Unsecured Claims** | **$ 867.00** |
| 93. | **Regency Development Group**<br>**2980 S. River Road**<br>**Des Plaines, IL 60018** | **Unsecured Claims** | **$ 19,200.00** |
| 94. | **Sallie Mae LSCF**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32441** | **Unsecured Claims** | **$ 25,191.00** |
| 95. | **Sherman Metals**<br>**850 N. State Street**<br>**Lockport, IL 60441** | **Unsecured Claims** | **$ 2,019.64** |

In re:  **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

| | | | |
|---|---|---|---|
| 96. | **Small Business Administration**<br>**c/o Patrick Fitzgerald**<br>**Joel R. Nathan, Asst. States Attorney**<br>**219 S. Dearborn St., 5th Floor**<br>**Chicago, IL 60604** | **Secured Claims** | **$ 711,000.00** |
| 97. | **Steiner Electric**<br>**P.O. Box A3984**<br>**Chicago, IL 60690** | **Unsecured Claims** | **$ 287.32** |
| 98. | **Target**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | **Unsecured Claims** | **$ 350.00** |
| 99. | **The Glenview Place Association**<br>**c/o American Property Management**<br>**1154 S. Roselle Road**<br>**Schaumburg, IL 60193** | **Unsecured Claims** | **$ 300.00** |
| 100. | **T-Mobile**<br>**P.O. Box 742596**<br>**Cincinnati, OH 45274** | **Unsecured Claims** | **$ 1,000.00** |
| 101. | **Total Plastics**<br>**23559 Network Place**<br>**Chicago, IL 60673** | **Unsecured Claims** | **$ 1,500.00** |
| 102. | **United Health Insurance**<br>**Dept. CH 10151**<br>**Palatine, IL 60055** | **Unsecured Claims** | **$ 1,453.14** |
| 103. | **Vantage Signs**<br>**329 Paseo Sonrisa**<br>**Walnut, CA 91789** | **Unsecured Claims** | **$ 8,017.00** |
| 104. | **Village of Schaumburg**<br>**101 Schaumburg Court**<br>**Schaumburg, IL 60193** | **Unsecured Claims** | **$ 149.50** |

In re:   **Meir Shlomo Dubinsky**
**Miriam Dubinsky**

Case No. _____

105 .   **Washington Mutual**                          **Secured Claims**              **$ 234,673.33**
**11200 W. Parkland Ave.**
**P.O. Box 3139**
**Milwaukee, WI 53201**

106 .   **Washington Mutual**                          **Secured Claims**              **$  80,000.00**
**P.O. Box 78065**
**Phoenix, AZ 85062-8065**

In re:   **Meir Shlomo Dubinsky**
         **Miriam Dubinsky**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Meir Shlomo Dubinsky**, and I, **Miriam Dubinsky**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **13 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:   **s/ Meir Shlomo Dubinsky**
             **Meir Shlomo Dubinsky**

Dated:       **7/20/2008**

Signature:   **s/ Miriam Dubinsky**
             **Miriam Dubinsky**

Dated:       **7/20/2008**

**B6G (Official Form 6G) (12/07)**

In re: **Meir Shlomo Dubinsky    Miriam Dubinsky** _____,    Case No. _____
_____
**Debtors**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: **Meir Shlomo Dubinsky    Miriam Dubinsky**                    Case No. _____
_____.                                        (If known)
                                **Debtors**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Miriam Dubinsky**<br>**6536 N. California, #C**<br>**Chicago, IL 60645** | **American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998-1537** |
| **Nu-Way Signs Inc**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **ET Plastics**<br>**c/o Zellermayer Reuben**<br>**205 W. Randolph Street**<br>**Suite 1610**<br>**Chicago, IL 60606** |
| **Simeon Khazin and Miriam Dubinsky**<br>**6536 N. California, #C**<br>**Chicago, IL 60645** | **JP Morgan Bank**<br>**c/o Codilis & Associates**<br>**15W030 N. Frontage Rd.**<br>**Suite 100**<br>**Burr Ridge, IL 60527** |
| **Nu-Way Signs Inc**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **Law Bulletin**<br>**c/o Juric Catherine**<br>**415 N. State Street**<br>**Suite 200**<br>**Chicago, IL 60610** |
| **Clear Image Media Group Inc**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **Max Stesel**<br>**3053 Birchwood Ave**<br>**Chicago, IL 60645** |
| **Nu-Way Signs Inc**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **Natti LLC**<br>**c/o Bronson & Khan**<br>**150 N. Wacker Drive**<br>**Chicago, IL 60606** |
| **Nu-Way Signs Inc**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **Nicor Gas Co**<br>**c/o Fennel Patricia Mary**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** |
| **Miriam Dubinsky**<br>**6536 N. California, #C**<br>**Chicago, IL 60645** | **Nordstrom**<br>**P.O. Box 79134**<br>**Phoenix, az 85062-9134** |
| **Nu-Way Signs Inc**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **Rudy Zaslavsky**<br>**c/o Donald Newman and Associates**<br>**11 S. LaSalle Street**<br>**Suite 1500**<br>**Chicago, IL 60603** |
| **Nu-Way Signs, Inc.**<br>**2320 Foster Ave.**<br>**Wheeling, IL 60090** | **Small Business Administration**<br>**c/o Patrick Fitzgerald**<br>**Joel R. Nathan, Asst. States Attorney**<br>**219 S. Dearborn St., 5th Floor**<br>**Chicago, IL 60604** |

B6I (Official Form 6I) (12/07)

In re **Meir Shlomo Dubinsky Miriam Dubinsky**　　　　　　　Case No. _____

　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **9** |
| | **Daughter** | **2** |
| | **Son** | **1** |
| | **Daughter** | **11** |
| | **Son** | **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Signmaker** | **Bookkeeper** |
| Name of Employer | | |
| How long employed | **12 years** | **Unemployed** |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 4,000.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 4,000.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 0.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,000.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) **Unemployment compensation** | $ | 0.00 | $ 2,015.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 2,015.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,000.00 | $ 2,015.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 6,015.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07) - Cont.**

In re   **Meir Shlomo Dubinsky Miriam Dubinsky** _____    Case No. _____

**Debtors**                                                           **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Meir Shlomo Dubinsky Miriam Dubinsky**                            ,          Case No. _____

                                    **Debtors**                                                          **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,800.00 |
|    a. Are real estate taxes included?     Yes  ✓     No _____ | | |
|    b. Is property insurance included?     Yes  ✓     No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 275.00 |
|    b. Water and sewer | $ | 36.00 |
|    c. Telephone | $ | 260.00 |
|    d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 200.00 |
|    e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 252.00 |
|    b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,933.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,015.00 |
|    b. Average monthly expenses from Line 18 above | $ | 5,933.00 |
|    c. Monthly net income (a. minus b.) | $ | 82.00 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Meir Shlomo Dubinsky   Miriam Dubinsky**

Debtors

Case No. _____

Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 19,640.66 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 19,640.66 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 5,346.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

## United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky**

Debtors

Case No. _____

Chapter  **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$6,000.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$ 29,640.66** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | $2,228,304.56 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $2,234,304.56 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re **Meir Shlomo Dubinsky    Miriam Dubinsky** _____ ,
                                    Debtors

Case No. _____

Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $     790,000.00 | | |
| B - Personal Property | YES | 3 | $        8,810.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $     2,916,673.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $       114,716.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 21 | | $     1,513,989.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $       6,015.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $       5,933.00 |
| TOTAL | | 38 | $     798,810.00 | $     4,545,379.85 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Meir Shlomo Dubinsky    Miriam Dubinsky** _____          Case No. _____
                                        **Debtors**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**40**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **7/20/2008** _____          Signature:  **s/ Meir Shlomo Dubinsky** _____
                                                            **Meir Shlomo Dubinsky**
                                                                            Debtor

Date:  **7/20/2008** _____          Signature:  **s/ Miriam Dubinsky** _____
                                                            **Miriam Dubinsky**
                                                                    (Joint Debtor, if any)

                                    [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**Official Form 1, Exhibit D (10/06)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re:   **Meir Shlomo Dubinsky   Miriam Dubinsky**                    Case No. _____
          <u>Debtor(s)</u>                                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Meir Shlomo Dubinsky**

                              **Meir Shlomo Dubinsky**

Date:   **7/20/2008**

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re:  **Meir Shlomo Dubinsky   Miriam Dubinsky**                    Case No. _____
　　　　　　　　Debtor(s)                                                                                  (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　　☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　　☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　　☐  Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

     ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Miriam Dubinsky**
                             **Miriam Dubinsky**

Date:  **7/20/2008**

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Meir Shlomo Dubinsky    Miriam Dubinsky**                        ,        Case No. _____

                                                        Debtors                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **55,000.00** | **Payroll from Nu-Way Signs, Inc.** | **January 1 - December 31 2006** |
| **43,742.00** | **Payroll from Nu-Way Signs, Inc.** | **January 1 - December 31, 2007** |
| **11,245.00** | **Payroll/Unemployment Compensation** | **January-July 2008** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank (USA), N.A. fka Capital One Bank v. Meir Dubinsky aka Semyon M. Dubinsky** 08M1130556 | **Breach of Contract** | **Circuit Court of Cook County Cook County, Illinois** | |
| **Harris N.A., individually and as successor by merger to Harris Bank Wilmette, N.A. v. Nu-Way Signs, , et al.** 2008L050638/07CH13657 | **Mortgage Foreclosure/Repleven** | **Circuit Court of Cook County, Illinois Cook County, Illinois** | **Pending** |
| **NATI, LLC vs. Nu-Way Signs and Meir Dubinsky** 05 L 013854 | **Breach of Contract** | **Circuit Court of Cook County, Illinois Cook County, Illinois** | **Judgment Entered** |
| **JP Morgan Chase Bank, N.A., vs. Meir Dubinsky, et. al.** 07 CH 19696 | **Mortgage Foreclosure** | **Circuit Court of Cook County, Illinois Cook County, Illinois** | |
| **Max Stesel v. Meir S. Dubinsky and Clear Image Media Group, Inc., an Illinois Corporation** 08CV2895 | **Breach of Contract** | **US District Court, Eastern Division Chicago, Illinois** | **Pending** |
| **Rudy Zaslavasky v. Meir Dubinsky, individually and Nu Way Signs, Inc., an Illinois Corporation** 20081121706 | **Breach of Contract** | **Circuit Court of Cook County, Illinois Cook County, Illinois** | **Judgment entered** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase Bank c/o Codilis and Assoc. 15W030 N. Frontage Road Suite 100 Burr Ridge, IL 60527** | **02/04/2008** | **Single Family Home $75,748.64** |
| **Chase Bank Freedman, Anselmo, Lindberg & Rappe 1807 W. Diehl Road Suite 333 Naperville, IL 60563** | **02/01/2008** | **Single Family Home $120,000.00** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **JCF Real Estate, Inc. 8608 W. Catalpa Chicago, IL** | **Circuit Court of Cook County, Illinois Harris N.A., individually and as successor by merger to Harris Bank Wilmette, N.A. vs. Nu-Way Signs, Inc. No. 07CH13657** | | **2320 Foster Ave, Wheeling, IL - Commercial Property $800,000.00** |

## 7.  Gifts

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert N. Weiner**<br>**790 Frontage Road**<br>**Suite 701**<br>**Northfield, IL 60093** | **05/01/2008** | **$4000.00** |

## 10.  Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
     executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
     other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
     or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
     preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **2320 Foster Avenue LLC** | 20-2029086 | **2320 Foster Avenue Wheeling, IL  60090** | **Commercial Building** | **11/24/2004** **05/30/2008** |
| **Clear Image Media Group, Inc.** | | **2320 Foster Avenue Wheeling, IL  60090** | | **11/08/2006** |
| **Nu-Way Signs** | 36-4385241 | **2320 Foster Avenue Wheeling, IL  60090** | **Signs** | **05/19/1999** **05/30/2008** |

None  b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑    U.S.C. § 101.

NAME _____  ADDRESS _____

## 19.  Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
☑    or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS _____  DATES SERVICES RENDERED _____

None  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
☑    the books of account and records, or prepared a financial statement of the debtor.

NAME _____ ADDRESS _____  DATES SERVICES RENDERED _____

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑    and records of the debtor. If any of the books of account and records are not available, explain.

NAME _____  ADDRESS _____

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS _____  DATE ISSUED _____

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

### 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **7/20/2008**                          Signature    **s/ Meir Shlomo Dubinsky**
                                             of Debtor    **Meir Shlomo Dubinsky**

Date  **7/20/2008**                          Signature    **s/ Miriam Dubinsky**
                                             of Joint Debtor  **Miriam Dubinsky**
                                             (if any)

Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:   **Meir Shlomo Dubinsky   Miriam Dubinsky**

Debtors

Case No. _____

Chapter   **7**   _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. **6536 N. California, #C Chicago, IL 60645** | **Bank United** | | | | X |
| 2. **2002 Toyota Sienna Automobile** | **Capital One** | | | | X |
| 3. **2320 Foster Ave. Wheeling, IL 60090** | **Harris N.A.** | X | | | |
| 4. **Loan** | **Small Business Administration** | X | | | |
| 5. **4582 Concord Lane Northbrook, IL 60062** | **Washington Mutual** | X | | | |
| 6. **4582 Concord Lane Northbrook, IL 60062** | **Washington Mutual** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

**s/ Meir Shlomo Dubinsky**   **7/20/2008**

**Meir Shlomo Dubinsky**
Signature of Debtor                    Date

**s/ Miriam Dubinsky**   **7/20/2008**

**Miriam Dubinsky**
Signature of Joint Debtor (if any)      Date

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:    **Meir Shlomo Dubinsky**

    **Miriam Dubinsky**

Case No.:

Chapter:    **7**

    Debtor(s)

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Robert N. Weiner** | **/s/Robert N. Weiner** | **7/20/2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:

**Robert N. Weiner, P.C.**
**790 Frontage Road**
**Suite 701**
**Northfield, IL 60093**

**847-441-8118**

### Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

| **Meir Shlomo Dubinsky** | Χ**s/ Meir Shlomo Dubinsky** | **7/20/2008** |
|---|---|---|
| **Miriam Dubinsky** | **Meir Shlomo Dubinsky** | |
| | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | Χ **s/ Miriam Dubinsky** | **7/20/2008** |
| | **Miriam Dubinsky** | |
| Case No. (if known) | Signature of Joint Debtor | Date |

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Meir Shlomo Dubinsky**          **Miriam Dubinsky**          Case No. _____

Debtors          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept          $          **4,000.00**

   Prior to the filing of this statement I have received          $          **4,000.00**

   Balance Due          $          **0.00**

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
   of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
   my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
   attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **The representation of debtors in adversary and other post-petion proceddings**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **7/20/2008** _____

                          **/s/Robert N. Weiner** _____
                          **Robert N. Weiner, Bar No.  6182274**

                          **Robert N. Weiner, P.C.**
                          Attorney for Debtor(s)

---